IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| vs. | *   Criminal No. 25-MJ-27 |
| | * |
| MALIK JORDAN CHAMBERS | * |

## MOTION FOR DETENTION

The United States moves for pretrial detention of the defendant, pursuant to Title 18, United States Code, Section 3142(e) and (f).

1. <u>Eligibility of Case</u>. This case is eligible for a detention order because this case involved:

    A. \_\_\_\_  Crime of Violence (18 U.S.C. § 3156);

    B. \_\_\_\_  This is an offense for which the maximum sentence is life imprisonment or death;

    C. \_\_\_\_  This is a drug offense for which a maximum term of imprisonment of ten years or more is prescribed;

    D. \_\_\_\_  The above-named defendant(s) has committed a felony after having been convicted of two or more prior offenses described in paragraphs A through C, or two or more state or local offenses that would have been offenses described in paragraphs A through C if a circumstance giving rise to Federal jurisdiction had existed;

    E. \_\_\_\_  Any felony that is not otherwise a crime of violence that involves a minor victim or that involves the possession or use of a firearm or destructive device (as those terms are defined in section 921), or any other dangerous weapon, or involves a failure to register under section 2250 of title 18, United States Code;

F. __X__   There is a serious risk that the above-named defendant will flee;

G. ____   There is a serious risk that the above-named defendant will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate, a prospective witness or juror.

2. <u>Reason for Detention</u>.  The court should detain the defendant because there are no conditions or combination of conditions of release which will reasonably assure:

A. __X__   The defendant's appearance as required; and/or

B. __X__   The safety of any other person and/or the community.

3. <u>Rebuttable Presumption</u>.  The United States **will not** invoke the rebuttable presumption against the defendant pursuant to Title 18, United States Code, Section 3142(e).  If yes, the rebuttable presumption arises because:

A. ____   There is probable cause to believe that the defendant committed a drug offense for which a maximum term of imprisonment of ten years or more is prescribed **or** <u>an offense under Title 18, United States Code, Section 924(c)</u>.

B. ____   The defendant has been convicted of a Federal offense as described in Title 18, United States Code, Section 3142(f)(1), or of a state or local offense that would have been an offense described in the above section if a circumstance giving rise to Federal jurisdiction had existed; and

C. ____   The defendant committed the offense described in paragraph B above while on release pending trial for a Federal, State, or local offense; and

   D. \_\_\_  A period of not more than five years has elapsed since the date of conviction for offense described in paragraph C above, or the release of the person from imprisonment, whichever is later.

   E. \_\_\_  The defendant is alleged to have committed a crime concerning the exploitation of a child as referred to in Title 18, United States Code, Section 3142(e).

4. <u>Time for Detention Hearing</u>.  The United States, by and through the undersigned Assistant United States Attorney, requests that this court conduct a detention hearing:

   A. _X_  At first appearance; or

   B. \_\_\_  After a continuance of <u>3</u> days (not to exceed three days).

Dated this 10th day of February, 2025.

            SEAN P. COSTELLO
            UNITED STATES ATTORNEY

       by:

        */s/ Michael D. Anderson*
        Michael D., Anderson
        Assistant United States Attorney
        United States Attorney's Office
        63 S. Royal Street, Suite 600
        Mobile, Alabama 36602
        Telephone: (251) 441-5845